JENNIFER S. CLARK
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 E. Front Street, Suite 401
Missoula, MT   59802
Phone: (406) 542-8851
FAX: (406) 542-1476
E-mail: Jennifer.Clark2@usdoj.gov
Attorney for Plaintiff

MICHAEL DONAHOE
Deputy Federal Defender
Federal Defenders of Montana
Helena Branch Office
50 West 14th Street, Suite 1
Helena, Montana 59601
Phone:   (406) 449-8381
Fax:   (406) 449-5651
Email:   Michael_donahoe@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR-21-29-M-DLC |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION |
| MICHAEL BLAKE DEFRANCE, | |
| Defendant. | |

Assistant United States Attorney Jennifer S. Clark, the Defendant, Michael Blake DeFrance, and his attorney, Michael Donahoe, agree that the following facts are proven beyond a reasonable doubt in this matter regarding the firearms in this case:

1. The Smith & Wesson Lady Smith .357 revolver (S/N DAW6108) is a firearm as defined by federal law. It was manufactured by Smith & Wesson in Massachusetts.

2. The Remington model 770 .243 caliber rifle (S/N M71863512) is a firearm as defined by federal law. It was manufactured by Remington in Kentucky.

3. The Keystone Arms rifle .22 long rifle caliber (S/N 208343) is a firearm as defined by federal law. It was manufactured by Keystone in Pennsylvania.

These firearms were not manufactured in the State of Montana; therefore, they traveled in or affected interstate and/or foreign commerce to arrive in Montana.

By entering this stipulation, Defendant is not stipulating to any other facts in the case. Specifically, he is not stipulating that he had previously been convicted

///

///

///

///

2

of a misdemeanor crime of domestic violence or that he knew that he had been convicted of such an offense.

_____   4/26/2023
JENNIFER S. CLARK   Date
Counsel for the United States of America

_____   4-26-2023
MICHAEL DONAHOE   Date
Counsel for the Defendant, Michael Blake DeFrance

3